UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rochel Goldklang, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br> -against-<br><br>LTD Financial Services, L.P.,<br><br>        Defendants. | Docket No.: 7:22-cv-1983 |

### NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that the above-captioned matter has been settled as to Defendant LTD Financial Services, L.P. Plaintiff and LTD Financial Service, L.P. anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days. Pursuant to the same, the parties would respectfully request that the conference scheduled for September 1, 2022 at 10:30 am be cancelled.

Dated: September 1, 2022

        STEIN SAKS, LLC
        *Attorneys for Plaintiff*

      By: *s/ Christofer Merritt*
        Christofer Merritt, Esq.
        1 University Plaza, Suite 620
        Hackensack, New Jersey 07601
        201-282-6500
        Email: cmerritt@steinsakslegal.com

## CERTIFICATE OF SERVICE

I, Christofer Merritt, Esq., do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon counsel of records via CM/ECF system.

Mitchell Lee Williamson, Esq.
Barron & Newburger, P.C.
458 Elizabeth Ave -Suite 5371
Somerset, NJ 08873
Email: Mwilliamson@bn-Lawyers.Com


Dated: August 22, 2022        By:  _s/ Christofer Merritt_
                                    Christofer Merritt, Esq.
                                    1 University Plaza, Suite 620
                                    Hackensack, New Jersey 07601
                                    201-282-6500
                                    Email: cmerritt@steinsakslegal.com